PROB 12C
(6/16)

Report Date: March 8, 2017

# United States District Court

### for the

### Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 08 2017

SEAN F. MCAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis W. Beavers                Case Number: 0980 2:13CR00071-LRS-1

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 7, 2014

Original Offense:  Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 24 months;         Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  U.S. Attorney's Office    Date Supervision Commenced: March 20, 2015

Defense Attorney:  Federal Defenders Office     Date Supervision Expires: March 19, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: On March 4, 2017, the U.S. Probation Office in Spokane, Washington, received an automated inquiry from the Spokane Police Department and the Washington State Patrol indicating that the client's name had been run by law enforcement. On March 6, 2017, the undersigned officer received a phone call from Mr. Beavers in which he indicated that on March 4, 2017, he had been stopped, arrested, and cited by law enforcement for driving under the influence. Mr. Beavers admitted to being under the influence, but indicated that he did not believe that he was so impaired that it was illegal for him to drive.

                        The police report on this matter was sought by the U.S. Probation Office and subsequently received on March 6, 2017. According to the report, Mr. Beavers was stopped by law enforcement on the day in question at approximately 2:25 a.m. for numerous observed traffic violations. Mr. Beavers then proceeded to perform poorly on multiple standardized field sobriety tests, but refused to provide a preliminary breath test. Mr. Beavers was taken into custody for driving under the influence at 2:37 a.m. and would later provide two breath samples for testing, initially at 4:05 a.m. and then again at 4:09 a.m. that reflected a test

Prob12C
Re: Beavers, Travis W.
March 8, 2017
Page 2

                result of .125/.129 and .127/.128 respectively. Driving Under the Influence is a violation of R.C.W. 46.61.502, and is a Gross Misdemeanor.

2        **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

           **Supporting Evidence**: On March 4, 2017, Mr. Travis Beavers was arrested in Spokane, Washington, for the offense of Driving Under the Influence, in violation of R.C.W. 46.61.502, a Gross Misdemeanor. On March 6, 2017, Mr. Travis Beavers reported to U.S. Probation and admitted to drinking prior to the test, indicating that he had one beer and one cocktail.

3        **Special Condition # 18**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

           **Supporting Evidence**: On March 6, 2017, Mr. Travis Beavers reported to U.S. Probation following his arrest for driving under the influence and admitted to drinking at Lucky's Bar located in downtown Spokane prior to his subsequent arrest for driving under the influence occurring on March 4, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/8/17
Date